443 A.2d 373

Commonwealth v. Husovsky, Appellant.

568

Argued February 18, 1981. George A. Heitczman, Assistant Public Defender, for appellant; Richard H. Pepper, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.